# Martha G. Bronitsky

Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

December 15, 2016

JPMORGAN CHASE BANK
PO BOX 24785   NATL PYMT SVCES
COLUMBUS, OH 43224

Chapter 13 Case No.: 11-72798-CN 13
Re: Joseph Peter Jorgensen & Molly Ellen Jorgensen

We received a notification regarding claim# 7 filed by JPMORGAN CHASE BANK.  Letter states account will receive mortgage relief and an amended claim will be filed.  CASE IS SET TO COMPLETE.  PLEASE FILE THE APPROPRIATE DOCUMENTS AS SOON AS POSSIBLE TO PREVENT FUNDS FROM BEING SENT TO THE CLERK.  IF WE DO NOT RECIEVE A RESPONSE BY 12/29/2016 FUNDS WILL BE SENT TO THE CLERK

We have no authority to stop distributions on the claim.   If no further payments are required please file documentation with court stating no further payments are required from the Chapter 13 Trustee's office.  To determine information regarding the claim - including the amount disbursed on the claim -- please review www.13network.com .   All documents **MUST** be filed with the Bankruptcy court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca  94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim.  When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Chase Records Center, 700 Kansas Ln  Mail Code La4-5555, Monroe, LA  71203
Chase, Po Box 78035, Phoenix, AZ  85062-8035
Joseph Peter Jorgensen & Molly Ellen Jorgensen, 5454 Likins Avenue, Martinez, CA  94553
Jpmorgan Chase Bank, Po Box 24785   Natl Pymt Svces, Columbus, OH  43224-0785
Patrick L Forte Atty, 1624 Franklin St #911, Oakland, CA  94612